[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Stansell,* Slip Opinion No. 2022-Ohio-2064.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2022-OHIO-2064

THE STATE OF OHIO, APPELLEE, *v*. STANSELL, APPELLANT.

[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Stansell,* Slip Opinion No. 2022-Ohio-2064.]

*Appeal dismissed as having been improvidently accepted.*

(No. 2021-0948—Submitted May 24, 2022—Decided June 21, 2022.)

APPEAL from the Court of Appeals for Cuyahoga County,

No. 109023, 2021-Ohio-2036.

_____

{¶ 1} This cause is dismissed as having been improvidently accepted.

O'CONNOR, C.J., and KENNEDY, FISCHER, DEWINE, DONNELLY, GWIN, and BRUNNER, JJ., concur.

W. SCOTT GWIN, J., of the Fifth District Court of Appeals, sitting for STEWART, J.

_____

Michael C. O'Malley, Cuyahoga County Prosecuting Attorney, and Daniel T. Van and Frank Romeo Zeleznikar, Assistant Prosecuting Attorneys, for appellee.

Cullen Sweeney, Cuyahoga County Public Defender, and John T. Martin, Assistant Public Defender, for appellant, Michael Stansell.

Dave Yost, Ohio Attorney General, Benjamin M. Flowers, Solicitor General, and Zachery P. Keller, Deputy Solicitor General, urging affirmance for amicus curiae Ohio Attorney General.

Timothy Young, Ohio Public Defender, and Addison M. Spriggs, Assistant Public Defender, for amicus curiae Office of the Ohio Public Defender, in support of appellant.

———————————————